**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RICHARD BRIGGS,**

       **Plaintiff,**

-vs-              Case No. 6:11-cv-978-Orl-22GJK

**ACTION CENTER MOVING &**
**STORAGE CO. and GUY F. YANDOW,**

       **Defendants.**
_____

## ORDER

This cause is before the Court on Plaintiffs' Motion for Entry of Final Default Judgment (Doc. No. 22) filed on December 15, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, including Plaintiffs Notice of Non-Objection, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed December 28, 2011 (Doc. No. 24) is ADOPTED and CONFIRMED and made a part of this Order.

2. Plaintiffs' Motion for Entry of Final Default Judgment (Doc. No. 22) is granted in part and denied in part.

3. The Clerk is directed to enter a Final Default Judgment providing that Plaintiff, **RICHARD BRIGGS,** recover of the Defendants, **ACTION CENTER MOVING & STORAGE CO., and GUY F. YANDOW,** jointly and severally the sum of $10,080.00 for overtime wages and liquidated damages, and that Plaintiff, **TRAVIS ALLEN,** recover of the Defendants, **ACTION CENTER MOVING & STORAGE CO., and GUY F. YANDOW,** jointly and severally the sum of $5,040.00 for overtime wages and liquidated damages, plus Plaintiffs shall recover $1,703.50 for attorneys' fees and costs from the Defendants, jointly and severally.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 5, 2012.

Copies furnished to:

Counsel of Record
Guy F. Yandow, 810 Meridale Ave., Orlando, FL 32803

ANNE C. CONWAY
United States District Judge