# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RICHARD BRIGGS and TRAVIS ALLEN,**

      **Plaintiffs,**

**v.**                                                            Case No:  6:11-cv-978-Orl-22GJK

**ACTION CENTER MOVING & STORAGE CO. and GUY F. YANDOW,**

      **Defendants.**

## ORDER

This cause is before the Court on the Motion for Entry of Final Judgment of Garnishment as to Orlando Housing Authority (Doc. No. 41) filed on December 18, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 8, 2013 (Doc. No. 42), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Entry of Final Judgment of Garnishment as to Orlando Housing Authority (Doc. No. 41) is hereby **GRANTED**.

3. The Clerk is **DIRECTED** to enter a judgment in favor of the Plaintiffs and against the Garnishee in the amount of $12,400.00, pursuant to Section 77.083, *Florida Statutes*.

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties